# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVRIL ADAMS,** | 2:03-CV-08920-RSWL |
| Plaintiff, | **RENEWAL OF JUDGMENT BY CLERK** |
| v. | |
| **STATE OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES, a public entity, LA VONNE COEN, individually and as a supervisor, DONNATA MORELAND, individually, STEPHEN G. WEYERS, M.D., individually and in his capacity as Chief Medical Officer; and DOES 1 through 10, Inclusive,** | [NO HEARING SCHEDULED] |
| Defendants. | |

Judgment having been entered on October 24, 2008, in the sum of $8,938.46 in favor of Defendants/Judgment Creditors CALIFORNIA DEPARTMENT OF HEALTH SERVICES, LA VONNE COEN AND DONNATA MORELAND ("Creditors") and against Plaintiff/Judgment Debtor AVRIL ADAMS ("Debtor").

NOW, upon Application for Renewal of Judgment by CREDITORS and upon declaration showing that DEBTOR has failed to satisfy the total amount of said JUDGMENT and are indebted to CREDITORS.

JUDGMENT has been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Los Angeles | 20090093864 | January 23, 2009 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the money Judgment against DEBTOR is renewed in the amount of $10,378.02 as follows:

a. Total judgment: $ 8,938.46
b. Costs after judgment: $ 0
c. Interest after judgment: $ 1,439.56
d. Less credits after JUDGMENT: $ 0
f. Total Renewed Judgment: **$ 10,378.02**

Dated: November 21, 2018

*Sharon Hall-Brown*
SHARON HALL-BROWN
DEPUTY CLERK

KIRY K GRAY, CLERK OF COURT